THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. ESLER ECKERSON, Respondent, *v.* THE BOARD OF EDUCATION AND TRUSTEES OF SCHOOL DISTRICT NO. 1 OF THE TOWN OF HAVERSTRAW et al., Appellants.

*People ex rel. Eckerson* v. *Bd. of Education,* 126 App. Div. 414, affirmed. (Argued September 28, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 13, 1908, which reversed on certiorari the proceedings of the defendant trustees in refusing to audit certain claims of the relator and directed them to reconvene and to audit such claims.

*William McCauley* for appellants.

*Ralph E. Prime* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.